**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-2482**

---

MICHAEL D. WILKINS,

Plaintiff - Appellant,

versus

KEITH PHILLIPS, Trustee,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   Henry E. Hudson, District Judge.  (CA-03-493-3; BK-99-34315)

---

Submitted:  May 10, 2004            Decided:  June 25, 2004

---

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Michael D. Wilkins, Appellant Pro Se.   David Richard Ruby, MCSWEENEY & CRUMP, P.C., Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael D. Wilkins appeals the district court's order affirming the bankruptcy court's order denying Wilkins' motion to reconsider a prior order denying his request for an accounting from the bankruptcy trustee. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Wilkins v. Phillips</u>, Nos. CA-03-493-3; BK-99-34315 (E.D. Va. Oct. 14, 2003). We deny Wilkins' motion for a change of venue and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>